IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HELEN E. VAN HORN,<br><br>    Plaintiff,<br><br>v.<br><br>DR. CONRAD J. TIRRE,<br><br>    Defendant. | Case No. 23-cv-00016-DKW-RT<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On March 2, 2023, the Court granted Defendant's motion to dismiss the Complaint, finding that pro se Plaintiff Helen Van Horn had failed to adequately allege subject matter jurisdiction. Dkt. No. 18. However, the Court provided Van Horn until March 24, 2023 to file an amended complaint that corrected the deficiencies identified by the Court. In doing so, the Court forewarned that "[f]ailure to file an amended complaint by March 24, 2023 will result in the dismissal of this case without prejudice for lack of subject matter jurisdiction."

It is now one week beyond the March 24, 2023 deadline, and Van Horn has failed to file an amended complaint. The day after the March 2, 2023 Order described above, Van Horn did file two separate "Amendment[s]" to her scheduling conference statement. Dkt. Nos. 20-21. However liberally the Court

may construe those documents, though, they are not an amended complaint.[1] Therefore, as of the date of this Order, no amended complaint has been filed. Moreover, as explained in the March 2, 2023 Order, the Complaint−the only pleading filed in this case−fails to allege federal subject matter jurisdiction.

Accordingly, for the reasons set forth in the March 2, 2023 Order, this case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. The Clerk is instructed to enter Judgment in favor of Defendant Conrad Tirre and then CLOSE this case.

IT IS SO ORDERED.

Dated: March 31, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

_Helen E. Van Horn v. Dr. Conrad J. Tirre_; Civil No. 23-00016 DKW-RT; **ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

[1] In one of the "Amendment[s]", Van Horn appears to assert that, "one of the reasons [she] filed Federal" is because the copy of her post-operation x-ray is "stuck in Japan." Dkt. No. 20 at 1. However true that may be, though, it does not provide any basis for federal subject matter jurisdiction when, as explained in the March 2, 2023 Order, neither diversity nor federal question jurisdiction is alleged here.